## 35455. LONGSTREET v. SHERIFF OF GILMER COUNTY.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED SEPTEMBER 28, 1979 — DECIDED NOVEMBER 21, 1979.

Garland, Nuckolls & Kadish, John R. Martin, for appellant.

Britt Miller, District Attorney, for appellee.